# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROCK LESNAR,
    Plaintiff,

v.

WORLD WRESTLING
ENTERTAINMENT, INC.
    Defendant,

: Civil Action No. 3:05CV221(CFD)

**ORDER**

Pursuant to Fed. R. Civ. P. 56, the defendant is permitted to conduct discovery as follows:

1) Discovery is limited to the issues raised in the plaintiff's motion for summary judgment [See Doc. # 14];

2) The defendant is limited to three depositions;

3) The defendant may make reasonable requests for document production;

4) Interrogatories are subject to prior approval by the Court;

5) Discovery shall be completed by September 30, 2005; and

6) The defendant shall file its response to the plaintiff's motion for summary judgment by October 30, 2005.

In addition, the parties are hereby ordered to complete their initial disclosures by June 30, 2005.

SO ORDERED this 16th day of June 2005, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

EXHIBIT
A