# EXHIBIT G

```
------Original Message------
To: Scott Centrella
Sent: Dec 1, 2005 11:28 AM
Subject: Re:
```

Scott,
 I am at CLE today. That date is fine by me. We will take the depositions at Dorsey Whitneys office. I want to depose Olson first.
 Did you ask Rheinigans if he has documents.
 We intend to file a motion with the Court next week, if necessary, to seek injunctive relief preventing further breaches of the settlement agreement and to preserve the status quo until the Court rules on the enforceability of the provision of the settlement agreement which Lesnar has challenged. We will refrain from doing so if your client agrees not to perform for New Japan again until this matter is resolved. Please advise if you are prepared to do so.

```
------Original Message------
From: Scott Centrella
To: McDevitt, Jerry
Sent: Dec 1, 2005 11:13 AM
Subject: RE:
```

Jerry:


I left you a voicemail late yesterday. I'm thinking Tuesday 12/20 would be good. That way you and I can get out there Monday night, get the depositions done Tuesday and hopefully head back Tuesday night. That gets us back early in the week without getting too close to the holiday weekend. I'm checking on flight availability today. Let me know if that makes sense to you.



Scott S. Centrella, Esq.

Diserio Martin O'Connor & Castiglioni LLP

One Atlantic Street

Stamford, CT 06901

Telephone: (203) 358-0800 (ext. 328)

Facsimile: (203) 348-2321

Website: www.dmoc.com


THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL.  ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY.

1



EXHIBIT G

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT:

ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

-----Original Message-----
From: McDevitt, Jerry [mailto:jmcdevitt@klng.com]

------Original Message Truncated------

------------------------

2