# EXHIBIT D

Page 1

2  UNITED STATES DISTRICT COURT

   FOR THE DISTRICT OF CONNECTICUT

3  ------------------------------------------------X

4  BROCK LESNAR,

                                    Civil Action #

5                                    3:05CV221(CFD)

6              Plaintiff,

7        v.

8  WORLD WRESTLING ENTERTAINMENT, INC.,

9              Defendant.

10 ------------------------------------------------X

11

12             Day, Berry & Howard, LLP

               One Canterbury Green

13             Stamford, Connecticut  06901

14             November 21, 2005

               10:04 a.m.

15

16

17 VIDEOTAPED DEPOSITION OF PLAINTIFF, BROCK LESNAR,

18 pursuant to Notice, taken at the above place, date

19 and time, before Lori Deskin, a Notary Public within

20 and for the State of Connecticut.

21

22

23

24

25

Reproduction of this Transcript is Prohibited without Prior Written
Permission of the Certifying Agency - Docuserve (888) 419-4545
4ae2c164-e4a9-4405-8b9f-ddea1adc05a8

EXHIBIT D
PENGAD-Bayonne, N.J.

Page 2

APPEARANCES:

DISERIO, MARTIN, O'CONNOR & CASTIGLIONI, LLP
Attorneys for Plaintiff
One Atlantic Street
Stamford, Connecticut 06901
BY: SCOTT S. CENTRELLA, ESQ.

KIRKPATRICK & LOCKHART NICHOLOSON GRAHAM, LLP
Attorneys for Defendant
535 Smithfield Street
Pittsburgh, Pennsylvania 15222-2312
BY: JERRY MCDEVITT, ESQ.

DAY, BERRY & HOWARD, LLP
Attorneys for Defendant
One Canterbury Green
Stamford, Connecticut 06901
BY: DANIEL L. SCHWARTZ, ESQ.

ALSO PRESENT:
DON DALCIELO, Videographer
AMANDA KERNAN: Paralegal, Kirkpatrick & Lockhart Nicholson Graham, LLP

Page 3

STIPULATIONS:

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto, that this examination may be sworn to before any Notary Public.

IT IS FURTHER STIPULATED AND AGREED, that the filing and certification of the said deposition shall be waived.

IT IS FURTHER STIPULATED AND AGREED, that all objections to questions, except as to the form of the question shall be reserved for the time of trial.

Page 4

Brock Lesnar

VIDEOGRAPHER: This is the video operator speaking, Don DalCielo, of LegaLink of New York City. Today's date is November 21, 2005. The time is 10:04 a.m. We're here at the offices of Day, Berry & Howard, located at One Canterbury Green in Stamford, Connecticut.

We're here to take the videotaped deposition of Mr. Brock Lesnar in the matter of Brock Lesnar versus World Wrestling Entertainment, Incorporated. This is in the United States District Court, the District of Connecticut, Civil Action 305CV221.

I'll ask counsel at this time to please voice identify yourself and state who you represent.

MR. CENTRELLA: I represent -- the name's Scott Centrella, law firm of Diserio, Martin, O'Connor & Castiglioni, representing the plaintiff, Brock Lesnar.

MR. MCDEVITT: I'm Jerry McDevitt. I represent World Wrestling Entertainment.

MS. KERNAN: I'm Mandy Kernan, paralegal.

Page 5

Brock Lesnar

MR. SCHWARTZ: I'm Daniel Schwartz from Day, Berry & Howard representing World Wrestling Entertainment.

VIDEOGRAPHER: Will the court reporter please swear in the witness?

BROCK LESNAR, a Plaintiff herein, having been first duly sworn by Lori Deskin, a Notary Public for the State of Connecticut, was examined and testified as follows:

COURT REPORTER: Would you state your name for the record, please?

THE WITNESS: First name, Brock; middle name, Edward, 'last name, Lesnar.

COURT REPORTER: And your address, please?

THE WITNESS: 2324 Copeland Road, Maple Plain, Minnesota 55359.

COURT REPORTER: Is that Copeland, C-O-P-E-L-A-N-D?

THE WITNESS: Yes, ma'am.

EXAMINATION BY MR. MCDEVITT:

Q. Good morning, Mr. Lesnar.

A. Good day.

Q. I know she asked it, but would you again

2 (Pages 2 to 5)

Reproduction of this Transcript is Prohibited without Prior Written Permission of the Certifying Agency - Docuserve (888) 419-4545

4ae2c164-e4a9-4405-8b9f-ddea1adc05a8

**Page 26**

Brock Lesnar

1
2  A. He's not my agent. He's my attorney.
3  Q. Did you send it to him?
4  A. Um, Yes.
5  Q. So he had a chance to read it before you
6  signed it too, right?
7  A. Yes, he did.
8  Q. And you had a chance to receive legal
9  counsel before you signed the settlement
10 agreement?
11 A. Well, yes and no. I was living in
12 Phoenix, living out of a hotel, training for
13 football. Didn't have really a contact with
14 Mr. Olsen because I was training all day long.
15      And he sent me a letter back to the
16 hotel, which I had moved out of. And then all of
17 a sudden a phone call. I received a phone call
18 stating that I need to come to the arena to sign
19 the release, which I knew I was probably going to
20 sign anyway, so I went down there and just signed
21 it.
22 Q. Did you own a cell phone then?
23 A. Did I own one?
24 Q. Yep.
25 A. Yes.

**Page 27**

Brock Lesnar

1
2  Q. Is there any reason you couldn't have
3  picked up the cell phone and called Mr. Olsen to
4  ask him what his view was of the settlement
5  agreement?
6  A. I trained eight, nine hours a day.
7  Q. Which leaves what, 14?
8  A. How many hours do you spend during the
9  nighttime at your office?
10 Q. So you had 14 hours each day to call
11 Mr. Olsen. Are you testifying you never called
12 Mr. Olsen to ask him about the document that you
13 were about to sign, Mr. Lesnar?
14 A. I spoke to him one time when he received
15 the document. He said, This doesn't look good,
16 let me get back to you.
17      And that was basically it. He said he
18 would get back to me.
19 Q. Have you been honest with all your
20 dealings with the WWE, Mr. Lesnar?
21 A. Yes.
22 Q. Let's go through some of the documents,
23 if we could.
24      (Defendant's Exhibit 1, Letter from Mr.
25 Olsen to World Wrestling Entertainment, dated

**Page 28**

Brock Lesnar

1
2  5/16/00, was marked for identification as of
3  this date.)
4  Q. Mr. Lesnar, let me show you what has
5  been marked as Exhibit 1.
6       MR. MCDEVITT: And throughout I'll give
7  you a copy of whatever I'm showing him.
8       MR. CENTRELLA: That's great, that's
9  fine.
10 Q. Take a minute and take a look at the
11 document and tell me when you've finished your
12 review, Mr. Lesnar.
13      Have you finished your review sir?
14 A. Yes.
15 Q. Do you recognize this as a letter sent
16 by Mr. Olsen to WWE?
17 A. Looks to me.
18 Q. And it indicates you got a copy of this?
19 A. Do I have a copy?
20 Q. No, sir. On the second page it
21 indicates you received a copy of it; is that
22 correct?
23 A. Um, I believe so.
24 Q. I take it before this letter was sent
25 you had a meeting in Stamford with Mr. McMahon?

**Page 29**

Brock Lesnar

1
2  A. Yes.
3  Q. All right. Did you authorize Mr. Olsen
4  to send this letter on your behalf?
5  A. Yes.
6  Q. Do you see in the CC line it says,
7  "Barry Bloom"?
8  A. Yeah.
9  Q. Who's Barry Bloom?
10 A. Um, he, I guess, would qualify as an
11 agent.
12 Q. All right. Is that sort of like a
13 Hollywood agent, you mean?
14 A. As a -- wrestling, Hollywood.
15 Q. How did you get hooked up with
16 Mr. Bloom?
17 A. I wonder that myself. I'd really like
18 to find out who.
19 Q. All right. Did Mr. Olsen recommend him?
20 A. I don't recall who. I guess, you know
21 I've met -- at this time in my life I was out of
22 college, young kid.
23 Q. Did Mr. Olsen ever tell you whether he
24 had an existing relationship with Mr. Bloom?
25 A. I think he did, yeah. I assumed that he

8 (Pages 26 to 29)

Reproduction of this Transcript is Prohibited without Prior Written
Permission of the Certifying Agency - Docuserve (888) 419-4545

4ae2c164-e4a9-4405-8b9f-ddea1adc05a8

Page 126

Brock Lesnar

1  correspondence I think pertaining to it.
2  That's the only thing we have.
3  And again, I didn't believe it's within
4  the scope of the judge's order, and I don't.
5  MR. MCDEVITT: All right.
6  Q. Mr. Lesnar, turning to, going back to,
7  if I can, to Paragraph 4A of the settlement
8  agreement. And let me turn your attention to the
9  second sentence that begins with "Accordingly".
10 Are you with me? Do you see that, "Accordingly,
11 Lesnar hereby covenants and agrees"?
12 A. No.
13 MR. CENTRELLA: 4A.
14 A. "Obligation Not to Compete"?
15 MR. CENTRELLA: Right. Going down about
16 four lines down.
17 Q. The second sentence that begins with
18 "Accordingly".
19 A. Okay.
20 Q. Take a minute and look at that sentence
21 and tell me when you're done with it.
22 A. Tell me what I what?
23 Q. Tell me when you're done reading that
24 sentence?

Page 127

Brock Lesnar

1  A. Okay.
2  Q. When did you first become aware of that
3  provision of your contract?
4  A. When my football career was over.
5  Q. Do you recall when that would have been?
6  A. Last fall sometime.
7  Q. I'm sorry, I didn't mean to interrupt
8  you. Are you done? It would have been before the
9  start of the regular NFL season last year?
10 A. It would have been after probably, after
11 I didn't make the team.
12 Q. Correct me if I'm wrong, but you were
13 cut in training camp before the regular season
14 roster?
15 A. Yeah, I was cut the last cut.
16 Q. So was your career over before the first
17 regular season game of last year?
18 A. Yeah.
19 Q. So it would have been over before
20 September of 2004?
21 A. Probably so.
22 Q. And that is when you then became aware
23 of this provision?
24 A. I don't recall. I think I -- I think

Page 128

Brock Lesnar

1  I -- probably not, because I wasn't really
2  concerned. I was just disappointed and I think I
3  just went hunting for a month or two.
4  Q. All right. I'm sorry, go ahead.
5  A. And then when I decided that maybe I
6  didn't make the right decision or whatever,
7  because I had failed at football -- I mean, I
8  don't know if I really failed or not, by making
9  the team, yeah, but I'm glad I did it, so.
10 But I didn't -- I don't recall when I
11 looked, looked at this. I didn't even really -- I
12 mean, I called Dave and I said, you know, what can
13 I do and what can't I do? Well, nothing, he says.
14 So that's when I decided when I had the
15 open door policy with the WWE, I'd call them back
16 and see if I could come back to work.
17 Q. And was it around the time you had the
18 conversation you just described with Mr. Olsen
19 that you read Paragraph 4A and the sentence that
20 we've talked about?
21 A. I didn't read it.
22 Q. But you understood what it effectively
23 did?
24 A. No. I just had Mr. Olsen to see what I

Page 129

Brock Lesnar

1  could do and he said, You can't do anything, you
2  can only going back to work for the WWE.
3  Q. And what did you say?
4  A. And I said, Well, okay. Let's see if I
5  can go back to work. I'll try to get a hold of
6  somebody.
7  Q. And what did you do then?
8  A. I made phone calls.
9  Q. Who did you call?
10 A. Gerry Brisco. Called Vince probably
11 four or five times. Maybe Shane a couple of
12 times.
13 Q. All right. And did you have an offer to
14 go to NFL Europe?
15 A. Yeah, but I thought maybe that I would
16 go back to WWE.
17 Q. What did you do with the offer from NFL
18 Europe?
19 A. Nothing with it.
20 Q. Did you turn it down?
21 A. No, I never responded.
22 Q. What was the offer?
23 A. To go live in Europe for 16,000 dollars
24 for four months.

33 (Pages 126 to 129)

Reproduction of this Transcript is Prohibited without Prior Written
Permission of the Certifying Agency - Docuserve (888) 419-4545

4ae2c164-e4a9-4405-8b9f-ddea1adc05aB

Page 138

```
1              Brock Lesnar
2   with respect to this specific document, where he's
3   referring to terms for your possible return to the
4   WWE --
5       A.  This letter was sent out I think on the
6   30th of September?
7       Q.  In or around, yeah.
8       A.  Yes. I was -- I wasn't at home during
9   that time. I think I had a phone conversation
10  with him probably. And if he were to send
11  something out I had him read the letters to me
12  before. Like, if I wasn't going to be home he'd
13  briefly read them and I'd be, like, Okay.
14      Q.  All right. Did he briefly read this
15  letter to you before he sent it out?
16      A.  I don't recall.
17      Q.  But that was your modus operandi, he
18  would usually read them to you at least?
19      A.  Sometimes he would. Sometimes he'd only
20  ask me if I received them or not.
21      Q.  Well, with respect to this particular
22  one, do you recall --
23      A.  I don't recall, no.
24      Q.  This is kind of an important letter,
25  isn't it, to you?
```

Page 139

```
1              Brock Lesnar
2       A.  Well, it was either yes or no. I mean,
3   if they want to take me back or they don't want to
4   take me back. Or if they don't want to, then can
5   we work out some sort of other deal, you know, by
6   leasing me out or doing something, something in
7   which that I can make some money, make some
8   revenue.
9       Q.  Let's -- we'll come back to that. Let's
10  focus in on the first paragraph of this document,
11  last sentence there, where Mr. Olsen says, "Having
12  given the NFL a shot, Brock is now ready to return
13  to what he does best - sports entertainment."
14          Do you see that?
15      A.  Yeah.
16      Q.  What do you understand that sentence to
17  mean?
18      A.  That I left the NFL and would like to
19  get back into wrestling.
20      Q.  Do you regard sports entertainment as
21  synonymous with wrestling?
22      A.  I don't, no. But obviously maybe when
23  you're talking to the WWE maybe he -- I'm just
24  going to leave it at no.
25      Q.  But you didn't have any ambiguity in
```

Page 140

```
1              Brock Lesnar
2   your mind, did you, about what sports
3   entertainment meant when he wrote that letter to
4   the WWE?
5       A.  No.
6       Q.  And then he goes on to say, with that
7   said, he wanted to make it clear that you weren't
8   looking to return to the travel schedule of an
9   everyday WWE performer. And then he proposes what
10  he calls Discussion Alternative number 1.
11          Do you see that? On page 1, Discussion
12  Alternative number 1?
13      A.  Yeah.
14      Q.  And in that he indicates that during
15  your absence from the WWE he says, quote, "We have
16  been approached by various Japanese promoters who
17  have asked Brock to appear in shoot fighting,
18  ultimate fighting and other similar events on a
19  one-time basis and for substantial sums of money."
20          Do you see that?
21      A.  Yep.
22      Q.  Who were the various Japanese promoters
23  being referred to there?
24      A.  I have no idea.
25      Q.  Did you know at the time this letter was
```

Page 141

```
1              Brock Lesnar
2   written?
3       A.  I think it's all fictional stuff.
4       Q.  What's fictional stuff?
5       A.  Maybe there was -- maybe there was some
6   discussions of them, and maybe I said to David
7   that I've heard that the Japanese are interested
8   in me. So, I mean, this is all probably something
9   to add in to the letter where that there's other
10  interests.
11      Q.  Well, he says we. Who's the we? "We
12  have been approached". Who's the we?
13      A.  I don't know, you'll have to ask him.
14      Q.  Well, you weren't approached by various
15  Japanese promoters, were you?
16      A.  No.
17      Q.  In fact, I think you indicated you were
18  never approached. I think you were aware of one
19  offer from K-1 that was received by Brad, right?
20      A.  Yeah.
21      Q.  And no others; is that right?
22      A.  Yeah.
23      Q.  And yet, he's saying here that you've
24  been approached by various Japanese promoters who
25  had asked you to appear in shoot fighting,
```

36 (Pages 138 to 141)

Reproduction of this Transcript is Prohibited without Prior Written
Permission of the Certifying Agency - Docuserve (888) 419-4545

4ae2c164-e4a9-4405-8b9f-ddea1adc05a8

Page 254

Brock Lesnar

1  A. One.
2  Q. And was that for the appearance you made
3  at the October 8th show?
4  A. Yeah.
5  Q. You don't doubt or debate that was an
6  appearance, do you?
7  A. That was a wrestling match.
8  Q. And that was an appearance within the
9  meaning of the settlement agreement?
10 A. Yep.
11 Q. Do you agree with that?
12 A. Yep.
13    (Defendant's Exhibit 28, E-mail from Mr.
14    Centrella to Mr. McDevitt dated 8/2/05, was
15    marked for identification as of this date.)
16 Q. Let me show you what's been marked
17 Exhibit 28, Mr. Lesnar, which is an e-mail from
18 counsel, Mr. Centrella, sent to me on August 2,
19 2005. Have you ever seen that e-mail before?
20    Have you ever seen that e-mail before?
21 A. No.
22 Q. Were you aware that it was sent?
23 A. No.
24 Q. Did you call Mr. Laurenitus at the WWE

Page 255

Brock Lesnar

1  to tell them you weren't going to take the WWE
2  offer?
3  A. Yes.
4  Q. And was that on August 2nd of 2005?
5  A. I believe so.
6  Q. So was that the first communication you
7  had with Mr. Laurenitus following the meeting you
8  had with him up at the WWE?
9  A. No. Johnny called me. Johnny called me
10 to ask if I had made a decision and I said, No,
11 not yet, I'm still trying to decide.
12 Q. Between the meeting you had at
13 Mr. McMahon's office and August 2nd he called you
14 and asked you that?
15 A. Yeah.
16 Q. Did you tell him you were dealing with
17 New Japan?
18 A. No.
19 Q. When you called him to tell him that you
20 weren't going to take the WWE offer, with as much
21 detail as you can recall, what did you say to him?
22 A. Well, I said, Hey, Johnny, how's it
23 going? He said, Good, how are you? I said, Fine.
24 I said -- I said, I have some bad news. He goes,

Page 256

Brock Lesnar

1  What's that? And I said, Well, I don't think I'm
2  going to take the -- take the job.
3     And he goes, What's the matter? You
4  know, Is there something I can do? What's going
5  on? And I said, I just said, you know, that I --
6  I just don't think that I can work for
7  Mr. McMahon. I said that I had mixed feelings
8  leaving the meeting and I just don't think that I
9  would enjoy working for him. And I said tell him
10 thanks. I said thanks for the years I did work
11 for him, but this time I'm just going to have to
12 say no.
13 Q. Anything else that you said?
14 A. That's all I recall.
15 Q. Did you tell him that you just wanted to
16 hunt and fish?
17 A. Did I tell Johnny that?
18 Q. Yeah.
19 A. I don't recall. He asked maybe what I
20 was -- what I was doing. I don't recall that.
21 Q. Did you tell him during that call that
22 you had signed a deal with New Japan?
23 A. No.
24 Q. Why not?

Page 257

Brock Lesnar

1  A. I didn't think they needed to know.
2  Q. Didn't think they'd find out?
3  A. What's the difference, you hear it from
4  me or hear it from somebody else?
5  Q. But was there a reason why you didn't
6  just tell him, Look, I signed a deal with New
7  Japan, that's what I'm going to do?
8  A. I think David advised me not to say
9  anything.
10 Q. That would be David Olsen?
11 A. Yeah.
12 Q. Did he tell you why you shouldn't say
13 anything?
14 A. Because there was a lawsuit going on and
15 didn't want to get into any, anything other than
16 just telling them no.
17 Q. After you concluded that conversation
18 with the WWE with Mr. Laurenitus did you and
19 Mr. Olsen try to conceal the fact that you had
20 signed this deal with New Japan?
21 A. I don't think so. What was there to
22 conceal about it?
23 Q. Following the entry of that -- I'll call
24 it a letter agreement, if that's okay with you,

65 (Pages 254 to 257)

Reproduction of this Transcript is Prohibited without Prior Written
Permission of the Certifying Agency - Docuserve (888) 419-4545

4ae2c164-e4a9-4405-8b9f-ddea1adc05a8

## Page 290

WITNESS' CORRECTION SHEET

| PAGE | LINE | CORRECTION |
|---|---|---|
| | | |

_____
Brock Lesnar

Subscribed and sworn to before me this ____ day of _____, 2005,

_____, Notary Public.

## Page 291

STATE OF CONNECTICUT }
                     ) SS:
COUNTY OF _____ )

I, BROCK LESNAR, a Plaintiff herein, do hereby certify that having been first duly sworn to testify the truth, the whole truth, and nothing but the truth, I gave the above deposition, which was recorded stenographically and reduced to this original transcript.

I FURTHER CERTIFY that the foregoing transcript of the said deposition is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

I FURTHER CERTIFY that any corrections or changes to this testimony have been made by me on the page provided for that purpose captioned "Witness' Correction Sheet", which has also been signed by me before a Notary Public.

_____
Brock Lesnar

Subscribed and sworn to before me this ____ day of _____, 2005.

_____, Notary Public.

## Page 292

INDEX:

| WITNESS | EXAMINED BY | PAGE |
|---|---|---|
| Brock Lesnar | Mr. McDevitt | 5 |
| | Mr. Centrella | 277 |
| | Mr. McDevitt | 280 |
| | Mr. Centrella | 287 |
| | Mr. McDevitt | 287 |

| DEFENDANT'S EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Letter from Mr. Olsen to World Wrestling Entertainment dated 5/16/00 | 28 |
| 2 | Developmental contract | 41 |
| 3 | Loan Out Agreement | 52 |
| 4 | Settlement Agreement and General Release of All Claims | 96 |
| 5 | Plaintiff's Privilege Log | 98 |
| 6 | Document Bates stamped L0704 - L0705 | 135 |
| 7 | Document Bates stamped L0781 | 159 |
| 8 | Document Bates stamped L0706 - L0707 | 162 |
| 9 | Document Bates stamped L0777 - L0778 | 164 |
| 10 | Document Bates stamped L0776 | 165 |
| 11 | Document Bates stamped L0774 - L0775 | 184 |

(Index continued)

## Page 293

| DEFENDANT'S EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 12 | Document Bates stamped L0769 - L0770 | 185 |
| 13 | Document Bates stamped L0771 - L0773 | 186 |
| 14 | Document Bates stamped L0763 | 187 |
| 15 | Document Bates stamped L0762 | 189 |
| 16 | Videotape | 193 |
| 17 | One page document | 199 |
| 18 | Document Bates stamped L0760 - L0761 | 203 |
| 19 | Document Bates stamped L0759 | 210 |
| 20 | Document Bates stamped L0336 - L0339 | 216 |
| 21 | Three-page document | 222 |
| 22 | One-page document | 227 |
| 23 | Booking Contract and Loan Out Agreement | 232 |
| 24 | Document Bates stamped L0335 | 241 |
| 25 | Document Bates stamped L0333 - L0334 | 243 |
| 26 | Document Bates stamped L0329 - L0332 | 244 |
| 27 | Document Bates stamped L0326 - L0328 | 249 |

(Index continued)

Reproduction of this Transcript is Prohibited without Prior Written Permission of the Certifying Agency - Docuserve (888) 419-4545

4ae2c164-e4a9-4405-8b9f-ddea1adc05a8

Page 294

| DEFENDANT'S EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 28 | E-mail from Mr. Centrella to Mr. McDevitt dated 8/2/05 | 254 |
| 29 | Document Bates stamped L0791 | 258 |
| 30 | Document Bates stamped L0799 - L0802 | 263 |
| 31 | Contract | 270 |
| 32 | Contract | 274 |

Page 295

CERTIFICATE

I, LORI DESKIN, a Notary Public within and for the State of Connecticut, do hereby certify:

That BROCK LESNAR, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that the within transcript is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of December, 2005.

_____
Lori Deskin

Reproduction of this Transcript is Prohibited without Prior Written Permission of the Certifying Agency - Docuserve (888) 419-4545

4ae2c164-e4a9-4405-8b9f-ddea1adc05a8