# EXHIBIT E

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF __MINNESOTA (Fourth Division)__

| BROCK LESNAR<br>V.<br>WORLD WRESTLING<br>ENTERTAINMENT, INC. | SUBPOENA IN A CIVIL CASE<br><br>Case Number:[1] 3:05CV221 (CFD)<br>(District of Connecticut) |
|---|---|

TO:   David Bradley Olsen

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>Dorsey & Whitney<br>Suite 1500, 50 South Sixth Street, Minneapolis, MN 55402-1498 | DATE AND TIME<br>November 30, 2005 9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>/s/ McD___ (Attorney for Defendant, World Wrestling Entertainment, Inc.) | DATE<br>11/16/2005 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jerry S. McDevitt
Kirkpatrick & Lockhart Nicholson Graham
535 Smithfield Street
Pittsburgh, PA 15222  (412) 355-6500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

PI-1473395 v1



EXHIBIT
E

STATE OF MINNESOTA

COUNTY OF HENNEPIN

AFFIDAVIT OF SERVICE

Eric Lappegard, being duly sworn, on oath says: that on the 17th day of November, 2005, at 2:14 PM (s)he served the attached Federal Subpoena upon David Bradley Olsen therein named, personally at 220 South 6th Street, #1800, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with David Bradley Olsen, a true and correct copy thereof.

David Bradley Olsen is a caucasian male, approximately 45 years old, 170 #, 5'10" with grey/brown hair.

Subscribed and sworn to before me,
November 18, 2005.

_____
Notary Public

ROSE BATSELL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan 31, 2010

Re: Lesnar v. World Wrestling