- 6 -

# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROCK LESNAR, | : | CIVIL ACTION NO: |
| | : | 3:05CV221 (CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC. | : | |
| | : | |
| Defendant. | : | NOVEMBER 18, 2005 |

## NOTICE OF DEPOSITION

TO:   BROCK LESNAR
c/o Scott S. Centrella, Esq.
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, CT  06901

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Defendant World Wrestling Entertainment, Inc. ("WWE"), by and through its

undersigned counsel, will take the deposition of David Bradley Olsen before an officer

authorized by law to administer oaths, commencing on November 30, 2005 at 9:30 a.m. and

continuing thereafter until completed.  The deposition will take place at the law offices of Dorsey

& Whitney LLP, Suite 1500, 50 South Sixth Street, Minneapolis, MN 55402-1498, and shall be

recorded by stenographic as well as videotape/audiovisual means.  Attached hereto is a true and

correct copy of the subpoena that was served on Mr. Olsen on November 17, 2005 commanding

him to appear for the deposition.

Respectfully submitted,

By: _____
Christopher Michalski (*pro hac vice*, phv0290)

PI-1473406 v1

EXHIBIT

F

PENGAD-Bayonne, N. J.

Jerry S. McDevitt (*pro hac vice*, ct11783)
Mark D. Feczko (*pro hac vice*, ct20426)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Daniel L. Schwartz, Esq. (ct09862)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-3000

Attorneys for Defendant,
World Wrestling Entertainment, Inc.

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by facsimile and first class mail, postage prepaid, on the date hereof to the following counsel of record:

Scott S. Centrella, Esq.
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, CT  06901

November 18, 2005

Christopher Michalski